Jerome Griffin
282420
12-7-74

Vs

Maryland Division of Corrections,
Robert L. Green,
Wayne Hill

Case No: 198265029

FILED ___ ENTERED
LOGGED ___ RECEIVED
SEP 2 3 2022
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## Motion to Proceed in forma Paupiers And Affidavid

Come now the Plaintiff Pro Se in this Matter the Plaintiff Hereby petition the Court to allow me to proceed in this matter on his own behalf waving the fees to a later time.

Jerome Griffin

## Complaint & Affidavit

On July 15th 2022 I Jerome Griffin was transffered to M.C.I.-J from Dorsey Run Correctional Facility via Contact tracing for Covid 19. While at Maryland Correctional Institution Jessup I was deprived of using the telephone, Mail going out, all my property, cold drinking water was warm, commissary items. This deprivation was a violation of my rights according to the eighth and fourteenth

Amendments of the U.S. Constitution. I'm asking that the Court place an injunction Ordering the Maryland Division of Corrections to allow any prisoner that's hows in the Maryland Correctional Institute Jessup to be allowed all of the rights according to the U.S. Consitution and the Nelson Mandela Rules) and award me Tem Million dollars for pain and suffering.

I hereby Certify that on this 19th day of September 2022 that I mail this Motion and Complaint to the Court via U.S. Mail.

*Jerome Griffin*

U.S. District Court
C/o Clerk of Court,
6500 Cherrywood Lane
Greenbelt, Md. 20770